## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
GEORGE ANTHONY GARTH MASONRY
INC., an Illinois corporation,

Case
FILED: MAY 5, 2008
08CV2563      PH
JUDGE GRADY
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| | |
|---|---|
| SIGNATURE /s/ Christina Krivanek | |
| FIRM Office of Fund Counsel, Laborers' Pension and Welfare Funds | |
| STREET ADDRESS 111 W. Jackson Blvd., Suite 1415 | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286644 | TELEPHONE NUMBER 312/692-1540 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐