IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br>                 Plaintiffs, ) <br>    v. ) <br> GEORGE ANTHONY GARTH MASONRY ) <br> INC., an Illinois corporation, ) <br>                 Defendant. ) | Case No. 08 C 2563 <br><br> Judge Kocoras |

## NOTICE OF MOTION

To:    George Anthony Garth Masonry Inc.
           c/o George A. Garth, Registered Agent
           11509 S. Elizabeth
           Chicago, IL  60643

     PLEASE TAKE NOTICE that at **9:30** *a.m. on Tuesday, June 24, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Charles P. Kocoras, Room 1725, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Order of Default*, a copy of which is herewith served upon you.

June 13, 2008                                                                     Laborers Pension Fund, et al.

                                                                                   By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson St., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

     The undersigned certifies that on this 13[st] day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                                    /s/ Jerrod Olszewski