## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2563 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Laborers' Pen Fnd et al vs. George Anthony Garth Masonry, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/24/2008. Plaintiffs' motion [13] for an order of default against defendant is granted. Enter order. Status hearing set for 7/22/2008 to stand.

■ [ For further detail see separate order(s).]　　Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|