IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, Plaintiffs, v. GEORGE ANTHONY GARTH MASONRY INC., an Illinois corporation, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 2563 Judge Kocoras |

## ORDER OF DEFAULT

This matter having come to be heard on the Motion of Plaintiffs' Laborers' Pension Fund, et al., for Order of Default, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendant George Anthony Garth Masonry Inc. is in default.

2. Defendant is ordered to submit its February, 2008 forward benefits reports and contributions.

3. Defendant is ordered to submit its September, 2007; December, 2007; and January, 2008 benefits contributions.

4. Defendant is ordered to submit its September, 2007 forward dues reports and contributions.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the delinquent amounts pleaded in the Complaint, and as revealed by the reports to be submitted, including liquidated damages, interest, and attorneys fees and costs.

Dated:  June 24, 2008

*Charles P. Kocoras*
CHARLES P. KOCORAS
U.S. District Court Judge