IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, Plaintiffs, v. GEORGE ANTHONY GARTH MASONRY INC., an Illinois corporation, Defendant. | Case No. 08 C 2563  Judge Kocoras |

## MOTION FOR RULE TO SHOW CAUSE

Now come Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen (collectively referred to hereinafter as "Funds"), by and through their attorney, Jerrod Olszewski, and hereby move the Court to enter an Order directing George Anthony Garth Masonry Inc., (hereinafter "Company"), by and through its President, George Anthony Garth, to appear and show cause why it should not be held in contempt for failing to comply with this Court's June 24, 2008 Order. In support of this Motion, Funds state as follows:

1. On June 24, 2008, this Court entered an Order finding Company in default and ordering it to submit its February, 2008 forward benefits reports and contributions; its September and December, 2007 and January, 2008 benefits contributions; and its September, 2007 dues reports and contributions. A true and accurate copy of this Court's June 24, 2008 Order is attached hereto as Exhibit A.

2.  On June 24, 2008, Funds' counsel mailed and faxed his June 24, 2008 letter enclosing a copy of this Court's June 24, 2008 Order and demanding compliance by July 8, 2008.  A true and accurate copy of Funds' counsel's June 24, 2008 letter with enclosures and fax confirmation sheet is attached hereto as Exhibit B.

3.  As of the date of this Motion, Company has failed to comply with this Court's June 24, 2008 Order.  Due to no fault of Funds, Funds are unable to calculate their damages because Defendant is disobeying this Court's Order.  Once Defendant obeys this Court's Order, Funds can prove up their damages and allocate coverage for their participants accordingly.

WHEREFORE, Funds respectfully request this Court enter an Order directing Defendant George Anthony Garth Masonry Inc., by and through its President, George Anthony Garth, to appear and show cause why it should not be held in contempt for failing to comply with this Court's June 24, 2008 Order;

July 10, 2008

                                                      Respectfully submitted,
                                                      Laborers' Pension Fund, et al.

                                                      By: /s/ Jerrod Olszewski

Jerrod Olszewski
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604
(312) 692-1540

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2563 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Laborers' Pen Fnd et al vs. George Anthony Garth Masonry, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/24/2008. Plaintiffs' motion [13] for an order of default against defendant is granted. Enter order. Status hearing set for 7/22/2008 to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|

08C2563 Laborers' Pen Fnd et al vs. George Anthony Garth Masonry, Inc.

Page 1 of 1



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>　　　　　　　　　　　Plaintiffs,<br>　v.<br>GEORGE ANTHONY GARTH MASONRY INC., an Illinois corporation,<br>　　　　　　　　　　　Defendant. | Case No. 08 C 2563<br><br>Judge Kocoras |

### ORDER OF DEFAULT

This matter having come to be heard on the Motion of Plaintiffs' Laborers' Pension Fund, et al., for Order of Default, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendant George Anthony Garth Masonry Inc. is in default.

2. Defendant is ordered to submit its February, 2008 forward benefits reports and contributions.

3. Defendant is ordered to submit its September, 2007; December, 2007; and January, 2008 benefits contributions.

4. Defendant is ordered to submit its September, 2007 forward dues reports and contributions.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the delinquent amounts pleaded in the Complaint, and as revealed by the reports to be submitted, including liquidated damages, interest, and attorneys fees and costs.

Dated: June 24, 2008

　　　　　　　　　　　　　　　　　*/s/ Charles P. Kocoras*
　　　　　　　　　　　　　　　　　CHARLES P. KOCORAS
　　　　　　　　　　　　　　　　　U.S. District Court Judge

# LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY

**PENSION AND WELFARE FUNDS**

11465 CERMAK ROAD
WESTCHESTER, IL 60154
Main # (708) 562-0200 Ext. 218

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, IL 60604-3868
OFFICE: (312) 692-1540
FAX: (312) 692-1489

**BOARD OF TRUSTEES**

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

**PENSION FUND**

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
RICHARD SHERMAN
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

**WELFARE FUND**

FOR LABOR
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
SCOTT PAVLIS
TIM RILEY
RICHARD SHERMAN

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

June 24, 2008



**VIA FAX (773) 264-2781 and MAIL**
George Anthony Garth Masonry Inc.
c/o George A. Garth, Registered Agent
11509 S. Elizabeth
Chicago, IL 60643

Re:     *Laborers' Pension Fund, et al. v. G.A.G. Masonry, Inc.*
        Case No. 08 C 2563

Dear Anthony:

Please find enclosed a copy of Judge Kocoras' June 24, 2008 Minute Order and Order of Default. The court has found your Company in default and ordered it to submit the following:

1. Benefits reports and contributions for the months of September, 2007; December, 2007; January, 2008, and February, 2008 forward; and
2. Dues reports and contributions for the months of September, 2007 forward.

As of the date of this letter, reports are required to be submitted through May, 2008. If you have any questions, please call me at (312) 692-0051. If I do not receive the foregoing at my Chicago office by Tuesday, July 8, 2008, my clients will have to file a Motion for Rule to Show Cause on July 9, 2008 before Judge Kocoras which will request that he order you to appear in court on behalf of your Company and explain why your Company did not comply with his Order. If you were to fail to appear before him on the date he chooses, Judge Kocoras does have the power to order the U.S. Marshals to arrest you and bring you before him to explain your

EMPLOYER PARTICIPANTS –
Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Co[r]
Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illin[o]
Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Eng
and Construction Industry.



EXHIBIT B

noncompliance. It is that power that my clients will be requesting at that time, if you do not appear.

Of course, those are all speculative future events, hopefully you can just send me the reports and contributions and avoid further attorneys fees and costs incurred by the Funds which your Company will be responsible for paying. You can fax me the reports if you like. My fax number is (312) 692-1489.


Very truly yours,
LABORERS PENSION AND WELFARE FUNDS


Jerrod Olszewski
Enclosures


please reply to Chicago office

Order Form (01/2005)   Case 1:08-cv-02563   Document 15   Filed 06/24/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2563 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Laborers' Pen Fnd et al vs. George Anthony Garth Masonry, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/24/2008. Plaintiffs' motion [13] for an order of default against defendant is granted. Enter order. Status hearing set for 7/22/2008 to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SCT |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, Plaintiffs, v. GEORGE ANTHONY GARTH MASONRY INC., an Illinois corporation, Defendant. | Case No. 08 C 2563  Judge Kocoras |

### ORDER OF DEFAULT

This matter having come to be heard on the Motion of Plaintiffs' Laborers' Pension Fund, et al., for Order of Default, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Defendant George Anthony Garth Masonry Inc. is in default.

2. Defendant is ordered to submit its February, 2008 forward benefits reports and contributions.

3. Defendant is ordered to submit its September, 2007; December, 2007; and January, 2008 benefits contributions.

4. Defendant is ordered to submit its September, 2007 forward dues reports and contributions.

FURTHER, the Court retains jurisdiction to enter judgment in sum certain upon the delinquent amounts pleaded in the Complaint, and as revealed by the reports to be submitted, including liquidated damages, interest, and attorneys fees and costs.

Dated: June 24, 2008

_____
CHARLES P. KOCORAS
U.S. District Court Judge

**\*\*\* TRANSMISSION REPORT \*\*\***

SID : LABORERS PENSION         Number :  13126921489         Date : 06-24-08 10:54

| Date/Time | 6-24   10:53 |
|---|---|
| Dialled number | 17732642781 |
| Subscriber | |
| Durat. | 1'17" |
| Mode | NORMAL |
| Pages | 4 |
| Status | Correct |

---

**PENSION AND WELFARE FUNDS**

**LABORERS' PENSION FUND and HEALTH and WELFARE DEPARTMENT of the CONSTRUCTION and GENERAL LABORERS' DISTRICT COUNCIL of CHICAGO and VICINITY**

11465 CERMAK ROAD
WESTCHESTER, IL 60154
Main # (708) 562-0200 Ext. 218

CHICAGO OFFICE
111 W. JACKSON BLVD., SUITE 1415
CHICAGO, IL 60604-3868
OFFICE: (312) 692-1540
FAX: (312) 692-1489

BOARD OF TRUSTEES

ADMINISTRATOR
JAMES S. JORGENSEN

SECRETARY
ALAN ESCHE

PENSION FUND

FOR LABOR
JOSEPH COCONATO
JAMES P. CONNOLLY
J. MICHAEL LAZZARETTO
RICHARD SHERMAN
LARRY WRIGHT
JEFF M. ZIEMANN

FOR EMPLOYERS
BENJAMIN D'ANDREA
ALAN ESCHE
RICHARD E. GRABOWSKI
ROBERT G. KRUG
DAVID H. LORIG
GARY LUNDSBERG

WELFARE FUND

FOR LABOR
JAMES P. CONNOLLY
MARTIN T. FLANAGAN
RICHARD KUCZKOWSKI
SCOTT PAVLIS
TIM RILEY
RICHARD SHERMAN

FOR EMPLOYERS
ALAN ESCHE
CHARLES J. GALLAGHER
RICHARD E. GRABOWSKI
DAVID H. LORIG
DENNIS P. MARTIN
TIM J. SCULLY

June 24, 2008

**VIA FAX (773) 264-2781 and MAIL**
George Anthony Garth Masonry Inc.
c/o George A. Garth, Registered Agent
11509 S. Elizabeth
Chicago, IL  60643

Re:     *Laborers' Pension Fund, et al. v. G.A.G. Masonry, Inc.*
        Case No. 08 C 2563

Dear Anthony:

Please find enclosed a copy of Judge Kocoras' June 24, 2008 Minute Order and Order of Default. The court has found your Company in default and ordered it to submit the following:

1. Benefits reports and contributions for the months of September, 2007; December, 2007; January, 2008, and February, 2008 forward; and
2. Dues reports and contributions for the months of September, 2007 forward.

As of the date of this letter, reports are required to be submitted through May, 2008. If you have any questions, please call me at (312) 692-0051. If I do not receive the foregoing at my Chicago office by Tuesday, July 8, 2008, my clients will have to file a Motion for Rule to Show Cause on July 9, 2008 before Judge Kocoras which will request that he order you to appear in court on behalf of your Company and explain why your Company did not comply with his Order. If you were to fail to appear before him on the date he chooses, Judge Kocoras does have the power to order the U.S. Marshals to arrest you and bring you before him to explain your

EMPLOYER PARTICIPANTS –
Builders' Association, Employing Plasterers' Association, Underground Contractors' Association, Mason Contractors' Association, Concrete Contractors' Association, Wrecking Contractors, Concrete Products Employers, Lake County Illinois Employers, Illinois Road Builders Association, Bridge and Highway Structural Builders; i.e. all those who employ Laborers Engaged in the Building and Construction Industry.

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a copy of the foregoing Motion for Rule to Show Cause to be served upon the following individual on July 10, 2008, via US Mail, postage pre-paid.

George Anthony Garth Masonry Inc.
c/o George A. Garth, Registered Agent
11509 S. Elizabeth
Chicago, IL  60643

/s/ Jerrod Olszewski

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' PENSION FUND and | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH AND WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS' DISTRICT COUNCIL OF | ) | Case No. 08 C 2563 |
| CHICAGO AND VICINITY, and JAMES S. | ) | |
| JORGENSEN, Administrator of the Funds, | ) | Judge Kocoras |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| GEORGE ANTHONY GARTH MASONRY | ) | |
| INC., an Illinois corporation, | ) | |
| Defendant. | ) | |

**ORDER – RULE TO SHOW CAUSE**

This matter having come to be heard on Plaintiffs' Motion for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT**:

This Court preliminarily finds that Defendant George Anthony Garth Masonry Inc. has failed to comply with this Court's June 24, 2008 Order. George Anthony Garth Masonry Inc., by and through its President, George Anthony Garth, is to appear before this Court on _____ 2008, at _____ a.m., to show cause, if any, why it should not be adjudged guilty of and punished for contempt of Court for its failure to comply with this Court's June 24, 2008 Order;

ENTER:

_____
The Honorable Judge Charles P. Kocoras
United States District Court Judge

Dated:_____