IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) <br> LABORERS' WELFARE FUND OF THE ) <br> HEALTH AND WELFARE DEPARTMENT ) <br> OF THE CONSTRUCTION AND GENERAL ) <br> LABORERS' DISTRICT COUNCIL OF ) <br> CHICAGO AND VICINITY, and JAMES S. ) <br> JORGENSEN, Administrator of the Funds, ) <br>                              Plaintiffs, ) <br>       v.                              ) <br> GEORGE ANTHONY GARTH MASONRY ) <br> INC., an Illinois corporation, ) <br>                              Defendant. ) | Case No. 08 C 2563 <br><br> Judge Kocoras |

## NOTICE OF MOTION

To:   George Anthony Garth Masonry Inc.
      c/o George A. Garth, Registered Agent
      11509 S. Elizabeth
      Chicago, IL 60643

PLEASE TAKE NOTICE that at **9:30 *a.m. on Tuesday, July 22, 2008***, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Charles P. Kocoras, Room 1725, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Rule to Show Cause*, a copy of which is herewith served upon you.

July 10, 2008                                           Laborers Pension Fund, et al.

                                                        By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson St., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 10th day of July 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                        /s/ Jerrod Olszewski