# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2563 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Laborers' Pen Fnd et al vs. George Anthony Garth Masonry, Inc. | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 7/22/2008. Plaintiffs' motion [17] for rule to show cause is granted. Order rule to show cause that George Anthony Garth Masonry, Inc., by and through its President, George Anthony Garth, is to appear before this Court on 8/19/2008 at 9:30 a.m. to show cause why it should not be adjudged guilty of and punished for contempt of Court for its failure to comply with the Court's 6/24/2008 order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|