IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br>Plaintiffs,<br>v.<br>GEORGE ANTHONY GARTH MASONRY INC., an Illinois corporation,<br>Defendant. | Case No. 08 C 2563<br><br>Judge Kocoras |

## ORDER – RULE TO SHOW CAUSE

This matter having come to be heard on Plaintiffs' Motion for Rule to Show Cause, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT**:

This Court preliminarily finds that Defendant George Anthony Garth Masonry Inc. has failed to comply with this Court's June 24, 2008 Order.  George Anthony Garth Masonry Inc., by and through its President, George Anthony Garth, is to appear before this Court on   **August 19,   2008, at   9:30   a.m.**, to show cause, if any, why it should not be adjudged guilty of and punished for contempt of Court for its failure to comply with this Court's June 24, 2008 Order;

ENTER:

*Charles P. Kocoras*
The Honorable Judge Charles P. Kocoras
United States District Court Judge

Dated:   July 22, 2008