UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>GEORGE ANTHONY GARTH MASONRY, INC.<br><br>DEFENDANT(S) | Case No.<br>08CV2563<br><br><br><br>SERVICE DOCUMENTS:<br>ORDER-RULE TO SHOW CAUSE |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 24, 2008**, at **3:45 PM**, I served the above described documents upon **GEORGE ANTHONY GARTH MASONRY, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **GEORGE ANTHONY GARTH / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **11509 S ELIZABETH, CHICAGO, IL 60643**.

**DESCRIPTION:**  Gender: **M**   Race: **BLACK**   Age: **36**   Hgt: **5'11"**   Wgt: **180**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*(signature)*

Barry A Savage, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 24th day of July, 2008

*(signature) Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:                       ORIGINAL PROOF OF SERVICE                       TRACKING #
Laborers Pension and Welfare Funds*                                                  40041