## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Laborers' Pension Fund, et al.
                                Plaintiff,

v.                                                Case No.: 1:08−cv−02563
                                                            Honorable Charles P. Kocoras

George Anthony Garth Masonry Inc.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Show cause hearing held on 8/19/2008. Defendant George Anthony Garth fails to appear. Plaintiffs' oral motion for body attachment against George Anthony Garth, and the rule to show cause are continued to 9/2/2008 at 9:30 a.m. George Anthony Garth is ordered to appear before this Court on 9/2/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.